## STATE of Missouri, Plaintiff/Respondent,

v.

## Jack DUNN, Defendant/Appellant.

### No. 67118.

Missouri Court of Appeals,
Eastern District,
Division One.

June 30, 1995.

Richard Andrew Darry, II, Althea Johns, St. Louis, for appellant.

Margaret D. Landolt, Asst. Pros. Atty., St. Louis County, Clayton, for respondent.

Before REINHARD, P.J., and GARY M. GAERTNER and CRAHAN, JJ.

### ORDER

PER CURIAM.

Defendant appeals the judgment following his conviction by a jury of assault in the third degree, § 565.070 RSMo 1994, for which he was fined $500. We have reviewed the briefs of the parties and the record on appeal and find the claims of error to be without merit. A written opinion would have no precedential value nor serve any jurisprudential purpose.

We therefore affirm the judgment of the trial court pursuant to Rule 30.25(b).